UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/7/2022__

CARMEN SANTIAGO, as Proposed
Administratrix of the Estate of ROBERTO
SANTIAGO LEON, Deceased,

                              Plaintiff,

                    -against-

22 Civ. 10151 (AT)

**ORDER**

UNITED ODD FELLOW AND REBEKAH
HOME d/b/a REBEKAH REHAB AND
EXTENDED CARE CENTER,

                              Defendant.

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated December 5, 2022.  ECF No. 6.  Defendant requests that the Court stay this matter pending resolution of appeals before the Second Circuit in *Leroy v. Hume* (Nos. 21-2158, 2159), and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center* (No. 21-2164).  *Id.* at 1.  Plaintiff consents to Defendant's request.  *Id.* at 3.  The Court concludes that a stay is appropriate because the decisions in these cases are likely to be instructive in this action. The parties shall file a join status letter within **one week of the Second Circuit's decision** on either of the appeals, or by **January 31, 2023**, whichever date is earlier.

GRANTED.  The Clerk of Court is directed to stay the case.

SO ORDERED.

Dated: December 7, 2022
        New York, New York

_____
        ANALISA TORRES
    United States District Judge