UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN SANTIAGO, as Proposed Administratrix of the Estate of ROBERTO SANTIAGO LEON, Deceased,

                      Plaintiff,

-against-

UNITED ODD FELLOW AND REBEKAH HOME d/b/a REBEKAH REHAB AND EXTENDED CARE CENTER,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2023_

22 Civ. 10151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 1, 2023, the Court directed the parties to submit a joint status letter within one week of the Second Circuit's decision in *Solomon v. St. Joseph's Hospital*, No. 21-2729, or by April 30, 2023, whichever date was earlier. That submission is overdue. Accordingly, by **May 15, 2023**, the parties shall submit a joint status letter.

    SO ORDERED.

Dated: May 1, 2023
       New York, New York

                                    ANALISA TORRES
                                  United States District Judge