```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN SANTIAGO, as Proposed Administratrix of the Estate of ROBERTO SANTIAGO LEON, Deceased,

                        Plaintiff,

-against-

UNITED ODD FELLOW AND REBEKAH HOME d/b/a REBEKAH REHAB AND EXTENDED CARE CENTER,

                        Defendant.

22 Civ. 10151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 7, 2022, the Court stayed this matter pending the Second Circuit's decisions in *Leroy v. Hume* (Nos. 21-2158, 2159), and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center* (No. 21-2164). ECF No. 7. By letter dated May 15, 2023, Defendant advised the Court that the Second Circuit had issued decisions in *Solomon v. St. Joseph's Hospital* (No. 21-2729), *Leroy*, and *Rivera-Zayas*. ECF No. 12. Accordingly, by **May 30, 2023**, the parties shall file a joint letter of no more than five (5) pages advising the Court on the status of litigation and the parties' positions on the stay.

      SO ORDERED.

Dated: May 16, 2023
           New York, New York

                                                      ANALISA TORRES
                                              United States District Judge