UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN SANTIAGO, as Proposed Administratrix of the Estate of ROBERTO SANTIAGO LEON, Deceased,

                Plaintiff,

-against-

UNITED ODD FELLOW AND REBEKAH HOME d/b/a REBEKAH REHAB AND EXTENDED CARE CENTER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/31/2023_

22 Civ. 10151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 7, 2022, the Court stayed this matter pending the Second Circuit's decisions in *Leroy v. Hume* (Nos. 21-2158, 2159), and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center* (No. 21-2164). ECF No. 7. On May 15, 2023, Defendant advised the Court that the Second Circuit had issued decisions in *Solomon v. St. Joseph's Hospital* (No. 21-2729), *Leroy*, and *Rivera-Zayas*. ECF No. 12. Defendant also advised the Court that Plaintiff's counsel had not responded to Defendant's communications. *Id.* On May 16, 2023, the Court ordered the parties to file a joint letter advising the Court on the status of litigation and the parties' positions on the stay. ECF No. 13. That submission is now overdue.

    Accordingly, by **June 14, 2023**, the parties shall file a joint letter advising the Court on the status of litigation and the parties' positions on the stay. Plaintiff is advised that failure to respond may result in dismissal for failure to prosecute or failure to comply with the Court's orders. Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge