```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARMEN SANTIAGO, as Proposed
Administratrix of the Estate of ROBERTO
SANTIAGO LEON, Deceased,

                        Plaintiff,

-against-

UNITED ODD FELLOW AND REBEKAH
HOME d/b/a REBEKAH REHAB AND
EXTENDED CARE CENTER,
                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2023_

22 Civ. 10151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated June 14, 2023. *See* ECF No. 15. Accordingly:

1. Defendant's request for a conference is DENIED;
2. Defendant's request to set a deadline for a proposed case management plan is GRANTED; the Court shall separately issue an initial pretrial scheduling order;
3. Defendant's request to set a schedule for its anticipated motion to dismiss is DENIED, without prejudice to renewal; and
4. Defendant's request for an extension to answer or otherwise respond to the complaint is GRANTED.

By **July 24, 2023**, Defendant shall answer or otherwise respond to the complaint. The Clerk of Court is directed to terminate the stay.

SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge